BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br>AIREK JOSEPH EVANS,<br><br>　　　　　Defendant. | MAG. NO.  2:12-MJ-0088 DAD<br><br>MOTION TO DISMISS COMPLAINT<br>AND ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution (UFAP) in the above referenced case, MAG No 2:12-MJ-0088 DAD, against defendant AIREK JOSEPH EVANS.

DATED: 04/24/2012　　　　　　　　　　　　BENJAMIN WAGNER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　　　　　　　　　By　/s/Michelle Rodriguez
　　　　　　　　　　　　　　　　　　　　MICHELLE RODRIGUEZ
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO.  2:12-MJ-0088 DAD |
| | ) | |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| AIREK JOSEPH EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The United States' motion to dismiss without prejudice the underlying Unlawful Flight to Avoid Prosecution (UFAP) complaint in the above referenced case, MAG No 2:12-MJ-0088 DAD against defendant AIREK JOSEPH EVANS is GRANTED.

DATED: April 25, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE